**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Craig B Westrick                                         CHAPTER 13
        Sally A Westrick
                          Debtor(s)                          BKY. NO. 19-23203 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Nissan Motor Acceptance Corporation and index same on the master mailing list.

                                                  Respectfully submitted,

                                                  **/s/Brian C. Nicholas, Esquire**
                                                  Brian C. Nicholas, Esquire
                                                  Attorney I.D. No. 317240
                                                  KML Law Group, P.C.
                                                  BNY Mellon Independence Center
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106
                                                  412-430-3594
                                                  bnicholas@kmllawgroup.com