**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Sally A Westrick
Craig B Westrick
  Debtor(s)

Nissan Motor Acceptance Corporation
  Movant
  v.
Sally A Westrick
Craig B Westrick
  Respondent
  and
Ronda J. Winnecour, Trustee
  Additional Respondent

BK. NO. 19-23203 CMB

CHAPTER 13

Related to Docket # 62

**ENTERED BY DEFAULT**

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

AND NOW, this 15th day of September, 2020, at Pittsburgh, upon Motion of Nissan Motor Acceptance Corporation, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 INFINITY QX60 , VIN: 5N1DL0MM4HC551074, in a commercially reasonable manner.

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
9/15/20 8:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Craig B Westrick  
Sally A Westrick  
       Debtors

Case No. 19-23203-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Sep 15, 2020  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2020.  
db/jdb     +Craig B Westrick,    Sally A Westrick,    219 Pinnacle Court,    Valencia, PA 16059-2235

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                     Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2020 at the address(es) listed below:

      Brian Nicholas    on behalf of Creditor    Nissan Motor Acceptance Corporation bnicholas@kmllawgroup.com  
      Daniel P. Foster    on behalf of Joint Debtor Sally A Westrick dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com  
      Daniel P. Foster    on behalf of Debtor Craig B Westrick dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com  
      James Warmbrodt    on behalf of Creditor    Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
      S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
      Thomas Song    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com

                                                                                               TOTAL: 8