**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 19-23203-CMB |
| **CRAIG B. WESTRICK** § | |
| **SALLY A. WESTRICK** § | |
| DEBTOR(S) § | CHAPTER 13 |
| § | |
| § | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Notice is hereby given that **Nissan Motor Acceptance Corporation**, ("Creditor"), is withdrawing its **Proof of Claim (Claim #2-2)** in the amount of **$6,938.50** filed on **July 2, 2021**, without prejudice to refiling at a later date due to incorrect claim filed.

Dated: July 9, 2021

                                                Respectfully submitted,
                                                Bonial & Associates, P.C.

                                                /s/ Matthew Tillma
                                                Matthew Tillma
                                                14841 Dallas Parkway, Suite 425
                                                Dallas, Texas  75254
                                                (972) 643-6600
                                                (972) 643-6698 (Telecopier)
                                                Email: POCInquiries@BonialPC.com
                                                Authorized Agent for Nissan Motor Acceptance Corporation

5381-N-0417

### CERTIFICATE OF SERVICE OF WITHDRAWAL OF PROOF OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before <u>July 9, 2021</u> via electronic notice unless otherwise stated:

**Debtor**           *Via U.S. Mail*
Craig B. Westrick
219 Pinnacle Court
Valencia, Pennsylvania 16059-2235

**Debtor**           *Via U.S. Mail*
Sally A. Westrick
219 Pinnacle Court
Valencia, Pennsylvania 16059-2235

**Debtors' Attorney**
Daniel P. Foster
Foster Law Offices
PO BOX 966
MEADVILLE, Pennsylvania  16335-6966

**Chapter 13 Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower, 600 Grant Street
Pittsburgh, Pennsylvania 15219

                                                Respectfully Submitted,

                                                /s/ Matthew Tillma
                                                Matthew Tillma