| UNITED STATES BANKRUPTCY COURT<br>Western District of Pennsylvania | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s):<br><br>Craig B Westrick<br>Sally A Westrick | Case Number:<br><br>2:2019-bk-23203 | |
| Name of Creditor:<br><br>Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br><br>Wells Fargo Bank, N.A. | | |
| Name and NEW Address where notices should be sent:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br><br>Prior notice address:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **COURT USE ONLY**<br>**X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br><br>Telephone Number: 800-274-7025 | | ___ Check this box if you are changing the address that payments will go to. |
| 1.   Account Number: **8242**  UCID: **WFCMGF1923203PAW58088242** | | ___ Check this box if the account number has changed. |
| 2.   Court Claim Number: **11** | | |
| 3.   **Signature:**<br><br>**Check the appropriate box.**<br>  X  **I am the creditor.**<br>    **I am the creditor's authorized agent.**  (Attach copy of power of attorney, if any.)<br>    **I am the trustee, or the debtor.**<br>    **I am a guarantor, surety, endorser, or other codebtor.**<br><br>By:  /s/ Maun Michelle Mason        Date:  12/28/2021<br>       VP Loan Documentation | | |

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**                                                                  **CASE NO.:**     19-23203

**Craig B Westrick**                                **CHAPTER:**     13

**Sally A Westrick**

        **Debtor(s).**

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before December 28, 2021, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

### SERVICE LIST

*Debtor:*                    *By U.S. Postal Service First Class Mail Postage Prepaid:*

Craig B Westrick
219 Pinnacle Court
Valencia, PA 16059

                                  *By U.S. Postal Service First Class Mail Postage Prepaid:*

Sally A Westrick
219 Pinnacle Court
Valencia, PA 16059

*Debtor's Attorney:*        *By CM / ECF Filing:*

Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335

*Trustee:*                   *By CM / ECF Filing:*

*Trustee:*     Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)