**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 19-23203-CMB |
| **Craig B. Westrick and** | : | |
| **Sally A. Westrick,** | : | Chapter 13 |
| Debtors | : | |
| | : | Related to Docket No.: 81 |
| **Craig B. Westrick and** | : | |
| **Sally A. Westrick,** | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Respondent. | : | |

**<u>AMENDED NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING</u>**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **February 12, 2021** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

**<u>You should take this to your lawyer at once.</u>**

A hearing will be held **March 22, 2022 at 11:00 A.M.** before Judge Thomas P. Agresti, via the ZOOM Video Conference Application. To access the hearing, please use the following Zoom Meeting link: **https://www.zoomgov.com/j/16021303488**, or alternatively, to attend and use the following **Meeting ID: 160 2130 3488**.
For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Ken Wargo, at 814-464-9761. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Amended Notice of Temporary Modification of Appearance Procedures, dated and effective June 10, 2020, which can be found on the Court's website at

https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Ken Wargo to make telephonic arrangements.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: January 31, 2022

Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Motion to Terminate Wage Attachment and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: January 26, 2022

*By: /s/ Kristen N. Dennis*
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.115

```
Label Matrix for local noticing        ECMC                                      PRA Receivables Management, LLC
0315-2                                  P.O. Box 16408                           PO Box 41021
Case 19-23203-CMB                       St. Paul, MN 55116-0408                  Norfolk, VA 23541-1021
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Wed Jan 26 11:38:39 EST 2022

PSECU                                   Peoples Gas Company LLC, f/k/a Peoples TWP L    2
PO Box 67013                            c/o S. James Wallace, P.C.               U.S. Bankruptcy Court
Harrisburg, PA 17106-7013               845 N. Lincoln Ave.                      5414 U.S. Steel Tower
                                        Pittsburgh, PA 15233-1828                600 Grant Street
                                                                                 Pittsburgh, PA 15219-2703

Aes / Keybank Na                        Aes / Pheaa Frn                          Aes / Pnc Bank
Po Box 61047                            PO Box 61047                             Po Box 61047
Harrisburg, PA 17106-1047               Harrisburg, PA 17106-1047                Harrisburg, PA 17106-1047


(p)AMERICAN HONDA FINANCE               Amex                                     Amex Dsnb
P O BOX 168088                          PO Box 981537                            Po Box 8218
IRVING TX 75016-8088                    El Paso, TX 79998-1537                   Mason, OH 45040-8218


Bank Of America                         Best Buy / Cbna                          Citibank, N.A.
Po Box 982238                           PO Box 6497                              5800 S Corporate Pl
El Paso, TX 79998-2238                  Sioux Falls, SD 57117-6497               Sioux Falls, SD  57108-5027


Citicards Cbna                          CornerStone Education Loan Services/Dept. of   (p)FIRSTMARK SERVICES
Po Box 6217                             PO Box 145123                            121 S 13TH STREET STE 201
Sioux Falls, SD 57117-6217              Salt Lake City, UT 84114-5123            LINCOLN NE 68508-1911


Ford Motor Credit Company               Glelsi / Key Education                   Infiniti Financial Services
Po Box 542000                           2401 International Lane                  POB 660366
Omaha, NE 68154-8000                    Madison, WI 53704-3121                   Dallas, TX  75266-0366


(p)JPMORGAN CHASE BANK  N A             JPMorgan Chase Bank, N.A.                (p)JEFFERSON CAPITAL SYSTEMS LLC
BANKRUPTCY MAIL INTAKE TEAM             s/b/m/t Chase Bank USA, N.A.             PO BOX 7999
700 KANSAS LANE FLOOR 01                c/o Robertson, Anschutz & Schneid, P.L.  SAINT CLOUD MN 56302-7999
MONROE LA 71203-4774                    6409 Congress Avenue, Suite 100
                                        Boca Raton, FL 33487-2853


KeyBank N.A.                            Kohls / Capital One                      LVNV Funding, LLC
4910 Tiedeman Rd                        Po Box 3115                              Resurgent Capital Services
Brooklyn, Oh 44144-2338                 Milwaukee, WI 53201-3115                 PO Box 10587
                                                                                 Greenville, SC 29603-0587


National Collegiate Trust               (p)NISSAN MOTOR ACCEPTANCE CORPORATION   Office of the United States Trustee
PO Box 7860                             LOSS RECOVERY                            Liberty Center.
Madison, WI 53707-7860                  PO BOX 660366                            1001 Liberty Avenue, Suite 970
                                        DALLAS TX 75266-0366                     Pittsburgh, PA 15222-3721
```

| | | |
|---|---|---|
| PHEAA<br>PO Box 8147<br>Harrisburg, PA 17105-8147 | PNC Bank, N.A.<br>Boston Portfolio Advisors as Authorized<br>Agent for PNC Bank, N.A.<br>600 Corporate Drive, Suite 502<br>Fort Lauderdale, FL 33334-3662 | PSECU<br>Attention: Bankruptcy<br>PO Box 67013<br>Harrisburg, PA 17106-7013 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Syncb / Gap DC<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb / Levin<br>Po Box 965036<br>Orlando, FL 32896-5036 |
| Syncb / Lowes<br>Po Box 956005<br>Orlando, FL 32896-0001 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Td Bank Usa / Target Credit<br>Po Box 673<br>Minneapolis, MN 55440-0673 |
| UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 | Us Department Of Education / Glelsi<br>Po Box 7860<br>Madison, WI 53707-7860 | Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-1629 |
| Wells Fargo Financial Leasing<br>800 Walnut Street<br>Des Moines, IA 50309-3891 | Wells Fargo Home Mortgage<br>Po Box 10335<br>Des Moines, IA 50306-0335 | Craig B Westrick<br>219 Pinnacle Court<br>Valencia, PA 16059-2235 |
| Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Sally A Westrick<br>219 Pinnacle Court<br>Valencia, PA 16059-2235 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>201 Little Falls Drive<br>Wilmington, DE 19808 | (d)American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 | Fm / Keybank<br>121 South 13th Street<br>Lincoln, NE 68508 |
| JPMorgan Chase Bank Card<br>Po Box 15298<br>Wilmington, DE 19850 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Nissan-Infiniti Lt<br>8900 Freeport Parkway<br>Irving, TX 75063 |
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nissan Motor Acceptance Corporation     (u)Wells Fargo Bank, N.A.     (d)ECMC
                                                                         P.O. Box 16408
                                                                         St. Paul, MN 55116-0408


**End of Label Matrix**
**Mailable recipients**    47
**Bypassed recipients**     3
**Total**                  50