**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE** | : | **Bankruptcy No. 19-23203-CMB** |
| **Craig B. Westrick and** | : | |
| **Sally A. Westrick,** | : | **Chapter 13** |
| Debtors | : | |
| | : | **Related to Docket No.: 81** |
| **Craig B. Westrick and** | : | |
| **Sally A. Westrick,** | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**AMENDED NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **February 12, 2021** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

**You should take this to your lawyer at once.**

A Zoom Video Conference Hearing will be held on **March 22, 2022 at 11:00AM** before Judge Carlota M. Bohm via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191 For questions regarding the connection, contact Judge Bohm's Chambers at 412-644-4328. All attorneys and Parties may only appear by Zoom and must comply with Chief Judge Bohm's Zoom Procedures, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. Under the current

COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date: <u>February 1, 2022</u>

Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

       I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Motion to Terminate Wage Attachment and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.


Executed on: <u>February 1, 2022</u>                              *By: /s/ Kristen N. Dennis*
                                                         Kristen N. Dennis, PARALEGAL
                                                         FOSTER LAW OFFICES
                                                         1210 Park Avenue
                                                         Meadville, PA 16335
                                                         Tel 814.724.1165
                                                         Fax 814.724.115

Label Matrix for local noticing
0315-2
Case 19-23203-CMB
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Wed Jan 26 11:38:39 EST 2022

ECMC
P.O. Box 16408
St. Paul, MN 55116-0408

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

PSECU
PO Box 67013
Harrisburg, PA 17106-7013

Peoples Gas Company LLC, f/k/a Peoples TWP L
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

2
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

Aes / Keybank Na
Po Box 61047
Harrisburg, PA 17106-1047

Aes / Pheaa Frn
PO Box 61047
Harrisburg, PA 17106-1047

Aes / Pnc Bank
Po Box 61047
Harrisburg, PA 17106-1047

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

Amex
PO Box 981537
El Paso, TX 79998-1537

Amex Dsnb
Po Box 8218
Mason, OH 45040-8218

Bank Of America
Po Box 982238
El Paso, TX 79998-2238

Best Buy / Cbna
PO Box 6497
Sioux Falls, SD 57117-6497

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD  57108-5027

Citicards Cbna
Po Box 6217
Sioux Falls, SD 57117-6217

CornerStone Education Loan Services/Dept. of
PO Box 145123
Salt Lake City, UT 84114-5123

(p)FIRSTMARK SERVICES
121 S 13TH STREET STE 201
LINCOLN NE 68508-1911

Ford Motor Credit Company
Po Box 542000
Omaha, NE 68154-8000

Glelsi / Key Education
2401 International Lane
Madison, WI 53704-3121

Infiniti Financial Services
POB 660366
Dallas, TX  75266-0366

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KeyBank N.A.
4910 Tiedeman Rd
Brooklyn, Oh 44144-2338

Kohls / Capital One
Po Box 3115
Milwaukee, WI 53201-3115

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

National Collegiate Trust
PO Box 7860
Madison, WI 53707-7860

(p)NISSAN MOTOR ACCEPTANCE CORPORATION
LOSS RECOVERY
PO BOX 660366
DALLAS TX 75266-0366

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PHEAA
PO Box 8147
Harrisburg, PA 17105-8147

PNC Bank, N.A.
Boston Portfolio Advisors as Authorized
Agent for PNC Bank, N.A.
600 Corporate Drive, Suite 502
Fort Lauderdale, FL 33334-3662

PSECU
Attention: Bankruptcy
PO Box 67013
Harrisburg, PA 17106-7013

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Syncb / Gap DC
Po Box 965005
Orlando, FL 32896-5005

Syncb / Levin
Po Box 965036
Orlando, FL 32896-5036

Syncb / Lowes
Po Box 956005
Orlando, FL 32896-0001

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Td Bank Usa / Target Credit
Po Box 673
Minneapolis, MN 55440-0673

UNITED STATES DEPARTMENT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON, WI 53708-8973

Us Department Of Education / Glelsi
Po Box 7860
Madison, WI 53707-7860

Wells Fargo Bank, N.A.
MAC N9286-01Y
P.O. Box 1629
Minneapolis, MN 55440-1629

Wells Fargo Financial Leasing
800 Walnut Street
Des Moines, IA 50309-3891

Wells Fargo Home Mortgage
Po Box 10335
Des Moines, IA 50306-0335

Craig B Westrick
219 Pinnacle Court
Valencia, PA 16059-2235

Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335-3110

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Sally A Westrick
219 Pinnacle Court
Valencia, PA 16059-2235

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American Honda Finance
201 Little Falls Drive
Wilmington, DE 19808

(d)American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088

Fm / Keybank
121 South 13th Street
Lincoln, NE 68508

JPMorgan Chase Bank Card
Po Box 15298
Wilmington, DE 19850

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

Nissan-Infiniti Lt
8900 Freeport Parkway
Irving, TX 75063

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Nissan Motor Acceptance Corporation          (u)Wells Fargo Bank, N.A.                    (d)ECMC
                                                                                             P.O. Box 16408
                                                                                             St. Paul, MN 55116-0408



**End of Label Matrix**
**Mailable recipients**     47
**Bypassed recipients**      3
**Total**                   50