## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | **Bankruptcy No. 19-23203-CMB** |
| **Craig B. Westrick and** | : | |
| **Sally A. Westrick,** | : | **Chapter 13** |
| **Debtors** | : | |
| | : | **Docket No.: 87** |
| **Craig B. Westrick and** | : | |
| **Sally A. Westrick,** | : | |
| **Movants** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent.** | : | |

### CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the Motion for Approval of Post-Petition Vehicle Financing, filed on January 26, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than February 12, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: February 14, 2022

Respectfully submitted,

/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
dan@mrdebtbuster.com
Attorney for Debtors

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection**, by First-Class Mail, U.S. Postage Paid on the parties below.


Executed on: <u>February 14, 2022</u>

*By: /s/ Kristen N. Dennis*
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Label Matrix for local noticing
0315-2
Case 19-23203-CMB
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Wed Jan 26 11:38:39 EST 2022

ECMC
P.O. Box 16408
St. Paul, MN 55116-0408

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

PSECU
PO Box 67013
Harrisburg, PA 17106-7013

Peoples Gas Company LLC, f/k/a Peoples TWP L
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

2
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

Aes / Keybank Na
Po Box 61047
Harrisburg, PA 17106-1047

Aes / Pheaa Frn
PO Box 61047
Harrisburg, PA 17106-1047

Aes / Pnc Bank
Po Box 61047
Harrisburg, PA 17106-1047

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

Amex
PO Box 981537
El Paso, TX 79998-1537

Amex Dsnb
Po Box 8218
Mason, OH 45040-8218

Bank Of America
Po Box 982238
El Paso, TX 79998-2238

Best Buy / Cbna
PO Box 6497
Sioux Falls, SD 57117-6497

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Citicards Cbna
Po Box 6217
Sioux Falls, SD 57117-6217

CornerStone Education Loan Services/Dept. of
PO Box 145123
Salt Lake City, UT 84114-5123

(p)FIRSTMARK SERVICES
121 S 13TH STREET STE 201
LINCOLN NE 68508-1911

Ford Motor Credit Company
Po Box 542000
Omaha, NE 68154-8000

Glelsi / Key Education
2401 International Lane
Madison, WI 53704-3121

Infiniti Financial Services
POB 660366
Dallas, TX 75266-0366

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KeyBank N.A.
4910 Tiedeman Rd
Brooklyn, Oh 44144-2338

Kohls / Capital One
Po Box 3115
Milwaukee, WI 53201-3115

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

National Collegiate Trust
PO Box 7860
Madison, WI 53707-7860

(p)NISSAN MOTOR ACCEPTANCE CORPORATION
LOSS RECOVERY
PO BOX 660366
DALLAS TX 75266-0366

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PHEAA
PO Box 8147
Harrisburg, PA 17105-8147

PNC Bank, N.A.
Boston Portfolio Advisors as Authorized
Agent for PNC Bank, N.A.
600 Corporate Drive, Suite 502
Fort Lauderdale, FL 33334-3662

PSECU
Attention: Bankruptcy
PO Box 67013
Harrisburg, PA 17106-7013

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Syncb / Gap DC
Po Box 965005
Orlando, FL 32896-5005

Syncb / Levin
Po Box 965036
Orlando, FL 32896-5036

Syncb / Lowes
Po Box 956005
Orlando, FL 32896-0001

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Td Bank Usa / Target Credit
Po Box 673
Minneapolis, MN 55440-0673

UNITED STATES DEPARTMENT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON, WI 53708-8973

Us Department Of Education / Glelsi
Po Box 7860
Madison, WI 53707-7860

Wells Fargo Bank, N.A.
MAC N9286-01Y
P.O. Box 1629
Minneapolis, MN 55440-1629

Wells Fargo Financial Leasing
800 Walnut Street
Des Moines, IA 50309-3891

Wells Fargo Home Mortgage
Po Box 10335
Des Moines, IA 50306-0335

Craig B Westrick
219 Pinnacle Court
Valencia, PA 16059-2235

Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335-3110

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Sally A Westrick
219 Pinnacle Court
Valencia, PA 16059-2235

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American Honda Finance
201 Little Falls Drive
Wilmington, DE 19808

(d)American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088

Fm / Keybank
121 South 13th Street
Lincoln, NE 68508

JPMorgan Chase Bank Card
Po Box 15298
Wilmington, DE 19850

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

Nissan-Infiniti Lt
8900 Freeport Parkway
Irving, TX 75063

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nissan Motor Acceptance Corporation          (u)Wells Fargo Bank, N.A.                    (d)ECMC
                                                                                              P.O. Box 16408
                                                                                              St. Paul, MN 55116-0408


End of Label Matrix
Mailable recipients     47
Bypassed recipients      3
Total                   50