**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE** | **:** | **Bankruptcy No. 19-23203-CMB** |
| **Craig B. Westrick and** | **:** | |
| **Sally A. Westrick,** | **:** | **Chapter 13** |
| **Debtors** | **:** | |
| | **:** | **Docket No.: 98** |
| **Craig B. Westrick and** | **:** | |
| **Sally A. Westrick,** | **:** | |
| **Movants** | **:** | |
| | **:** | |
| **vs.** | **:** | |
| | **:** | |
| **Ronda J. Winnecour, Esquire,** | **:** | |
| **Chapter 13 Trustee,** | **:** | |
| **Respondent.** | **:** | |

**STATUS REPORT**

        **AND NOW** this 19th day of June 2020**,** come Craig B. Westrick and Sally A. Westrick ("Debtors"), by and through their attorney, Daniel P. Foster, Esquire and Foster Law Offices, and files this *Status Report*.  The Debtors aver as follows:

1. The Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on August 14, 2018. (the "Filing Date").

2. On January 26, 2022, Debtors filed a *Motion for Approval of Post-Petition Vehicle Financing* to obtain an automobile.

3. On February 15, 2022 this Honorable Court granted the Proposed *Order* and authorized Debtors to seek and complete financing within a thirty (30) day period.

4. At this time, the Debtors have still been unsuccessful in obtaining financing for a new vehicle; therefore, an Amended Chapter 13 Plan will not be filed.

        **WHEREFORE**, the Debtor files this Status Report in compliance with this Honorable Court's Order date February 15, 2022.

Date: <u>March 31, 2022</u>                                    */s/ Daniel P. Foster, Esquire*

                                                                    Daniel P. Foster, Esquire
                                                                    PA.  I.D. No. 92376
                                                                    Foster Law Offices
                                                                    1210 Park Avenue
                                                                    Meadville, PA  16335
                                                                    Phone: 814.724.1165
                                                                    Fax: 814.724.1158
                                                                    Email:  dan@mrdebtbuster.com
                                                                    Attorney for Debtors