**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 19-23203-CMB** |
| | : | |
| **Craig B. Westrick and,** | : | |
| **Sally A. Westrick,** | : | **CHAPTER 13** |
|     Debtors, | : | |
| _____ | : | **RELATED TO DOCKET NO.: 100** |
| **Craig B. Westrick,** | : | |
|     Movant, | : | **HEARING DATE & TIME:** |
| | : | **May 19, 2022 at 10:00 a.m.** |
|     vs. | : | |
| | : | |
| **Navitus Health Solutions, LLC,** | : | |
| | : | **FILED PURSUANT TO 11 USC § 362 (C) (3) (B)** |
|     **AND** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
|     **Chapter 13 Trustee** | : | |
|     Respondents. | : | |

**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING**
**MOTION OF CRAIG B. WESTRICK TO TERMINATE WAGE ATTACHMENT**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than **May 5, 2022** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the general procedures of the Judge Bohm as found on her Procedures web page at http://www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

**You should take this Notice and the Motion to a lawyer at once.**

**A Zoom Video Conference Hearing** will be held on **May 19, 2022 at 10:00 am** before Judge Carlota M. Bohm via the **Zoom Video Conference Application** ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191. For questions regarding the connection, contact Judge Bohm's Chambers at 412-644-4328. **All attorneys and parties may only appear by Zoom and must comply with Chief Judge Bohm's Zoom Procedures, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.** Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements. Only ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

| | |
|---|---|
| Date of Service: <u>April 18, 2022</u> | Respectfully submitted,<br>*/s/ Daniel P. Foster, Esquire*<br>Daniel P. Foster<br>PA I.D. # 92376<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335<br>Phone: 814.724.1165<br>Fax: 814.724.1158<br>Email:dan@mrdebtbuster.com<br>Attorney for Debtors |

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Motion to Terminate Wage Attachment and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **April 18, 2022**    *By: /s/ Kaitlyn E. Vale*
Kaitlyn E. Vale, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

**Matrix**

**Craig and Sally Westrick**
219 Pinnacle Court
Valencia, PA 16059
*Service via U.S. Mail*

**Navitus Health Solutions, LLC**
361 Integrity Drive
Madison, WI 53717
*Service via U.S. Mail*

**Ronda J. Winnecour, Trustee**
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

**Office of the U.S. Trustee**
ustpregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*