**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-23203-CMB |
| | : | |
| **Craig B. Westrick and,** | : | |
| **Sally A. Westrick,** | : | |
| Debtors, | : | Chapter 13 |
| | : | |
| **Craig B. Westrick,** | : | |
| Movant, | : | Related to Docket No: 100 |
| | : | |
| vs. | : | |
| | : | |
| **Navitus Health Solutions,** | : | |
| | : | |
| AND | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTOR'S MOTION TO TERMINATE WAGE ATTACHMENT**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the MOTION TO TERMINATE WAGE ATTACHMENT, filed on April 18, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than May 5, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: May 6, 2022

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the <u>CERTIFICATE OF NO OBJECTION REGARDING DEBTOR'S MOTION TO TERMINATE WAGE ATTACHMENT</u> by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **May 6, 2022**             *By: /s/ Kaitlyn E. Vale*
                                                                                        Kaitlyn E. Vale, PARALEGAL
                                                                                        FOSTER LAW OFFICES
                                                                                        1210 Park Avenue
                                                                                        Meadville, PA 16335
                                                                                        Tel 814.724.1165
                                                                                        Fax 814.724.1158

MATRIX

**Craig and Sally Westrick**
219 Pinnacle Court
Valencia, PA 16059
*Service via U.S. Mail*

**Navitus Health Solutions, LLC**
361 Integrity Drive
Madison, WI 53717
*Service via U.S. Mail*

**Ronda J. Winnecour, Trustee**
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

**Office of the U.S. Trustee**
ustpregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*