**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/10/2024

IN RE:

| | |
|---|---|
| CRAIG B WESTRICK<br>SALLY A WESTRICK<br>219 PINNACLE COURT<br>VALENCIA, PA 16059<br>XXX-XX-5808        Debtor(s)<br>XXX-XX-1009 | Case No.19-23203 CMB<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/10/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**** <br> C/O PRA RECEIVABLES MANAGEMENT LLC <br> PO BOX 41021 <br> NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: GAP VISA/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: 0111 |
| **PHELAN HALLINAN DIAMOND & JONES LLP** <br> C/O PMB SSS ACQUISITION <br> PO BOX 8990 <br> TURNERSVILLE, NJ  08012-8990 | Trustee Claim Number: 2   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: WELLS FARGO BANK/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **AMERICAN HONDA FINANCE CORP*** <br> NATIONAL BANKRUPTCY CENTER <br> POB 168088 <br> IRVING, TX  75016-8088 | Trustee Claim Number: 3   INT %: 0.00% <br> Court Claim Number: 3 <br> CLAIM: 8,906.45 <br> COMMENT: W/40*269.50x32=8624/PL*REM PMTS+282.45ARRS=CL AMT/CONF | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 1401 |
| **INFINITI FINANCIAL SVCS** <br> POB 660366 <br> DALLAS, TX  75266-0366 | Trustee Claim Number: 4   INT %: 0.00% <br> Court Claim Number: 2-3 <br> CLAIM: 4,992.08 <br> COMMENT: RS/OE*7957.70/CL*NO$/SCH G*497.79x15 REM PMTS/PL*REM PMTS+ARRS=CL AMT | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 1074 |
| **PA STATE EMPLOYEES CU/PSECU** <br> POB 67013 <br> HARRISBURG, PA  17106-7013 | Trustee Claim Number: 5   INT %: 0.00% <br> Court Claim Number: 12-2 <br> CLAIM: 0.00 <br> COMMENT: PMT/DECL*CL12-2GOV W/NMPC*DK4PMT-LMT*AMD*LN 2 | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 5808 |
| **NATIONSTAR MORTGAGE LLC**** <br> C/O RUSHMORE SERVICING <br> PO BOX 619094 <br> DALLAS, TX  75261-9741 | Trustee Claim Number: 6   INT %: 0.00% <br> Court Claim Number: 11 <br> CLAIM: 0.00 <br> COMMENT: PMT/DECL*CL11GOV W/NMPC*DK4LMT*BGN 9/19*FR WF-DOC 120 | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 8967 |
| **M & TASELT 2011-1FRN** <br> C/O PHEAA(*) <br> PO BOX 1375 <br> BUFFALO, NY  14240-1375 | Trustee Claim Number: 7   INT %: 0.00% <br> Court Claim Number: 14 <br> CLAIM: 0.00 <br> COMMENT: X0018/SCH*CL @ 56927 W/DRAWN-DOC 35 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5808 |
| **PNC BANK** <br> C/O AMERICAN EDUCATION SVCS <br> 1200 N 7TH ST <br> HARRISBURG, PA  17102 | Trustee Claim Number: 8   INT %: 0.00% <br> Court Claim Number: 16 <br> CLAIM: 6,720.67 <br> COMMENT: X0001/SCH*AES | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1009 |
| **CITIBANK NA**** <br> 6716 GRADE LN BLDG 9 STE 910-PY DEPT <br> LOUISVILLE, KY  40213-3439 | Trustee Claim Number: 9   INT %: 0.00% <br> Court Claim Number: 18 <br> CLAIM: 2,113.88 <br> COMMENT: BEST BUY | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8665 |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br> GREENVILLE, SC  29603-0587 | Trustee Claim Number: 10  INT %: 0.00% <br> Court Claim Number: 17 <br> CLAIM: 11,379.96 <br> COMMENT: SHERMAN/CITIBANK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3540 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **CITIBANK\*\***<br>POB 6241<br><br>SIOUX FALLS, SD  57117-6214 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9511 |
| **CORNERSTONE EDUCATION LOAN SERVICES/ D**<br>C/O DEPARTMENT OF EDUCATION<br>PO BOX 790322<br>ST LOUIS, MO  63179 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:13-2<br>CLAIM:  81,320.64<br>COMMENT:  X0004/SCH\*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5922 |
| **CORNERSTONE EDUCATION LOAN SERVICING+**<br>POB 145122<br><br>SALT LAKE CITY, UT  84114 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0006 |
| **CORNERSTONE EDUCATION LOAN SERVICING+**<br>POB 145122<br><br>SALT LAKE CITY, UT  84114 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **CORNERSTONE EDUCATION LOAN SERVICING+**<br>POB 145122<br><br>SALT LAKE CITY, UT  84114 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0005 |
| **CORNERSTONE EDUCATION LOAN SERVICING+**<br>POB 145122<br><br>SALT LAKE CITY, UT  84114 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0002 |
| **CORNERSTONE EDUCATION LOAN SERVICING+**<br>POB 145122<br><br>SALT LAKE CITY, UT  84114 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0003 |
| **KEYBANK NA\*\***<br>POB 94968<br><br>CLEVELAND, OH  44101 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:9<br>CLAIM:  2,519.52<br>COMMENT:  X1172/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1015 |
| **KEYBANK NA\*\***<br>POB 94968<br><br>CLEVELAND, OH  44101 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  2,151.69<br>COMMENT:  X1155/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1016 |
| **KEYBANK NA\*\***<br>POB 94968<br><br>CLEVELAND, OH  44101 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  2,123.23<br>COMMENT:  X1138/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1014 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:5-2<br>CLAIM: 17,518.50<br>COMMENT:  AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6773 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:6<br>CLAIM: 15,397.28<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 8068 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:10<br>CLAIM: 4,977.28<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 4979 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM: 1,943.59<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3983 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:20-2<br>CLAIM: 620.71<br>COMMENT:  SYNCHRONY/GAP*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0111 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:19<br>CLAIM: 2,367.60<br>COMMENT:  SYNCH/LEVIN*REF 3508158964 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5732 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:21-2<br>CLAIM: 449.33<br>COMMENT:  SYNCHRONY/LOWE'S*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 9375 |
| **TD BANK NA(*)**<br>ATTN BANKRUPTCY DEPT ME 100-39<br>POB 9547<br>PORTLAND, ME  04112 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT:  TARGET/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0573 |
| **US DEPARTMENT OF EDUCATION**<br>PO BOX 2837<br>PORTLAND, OR  97208 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:1-3<br>CLAIM: 47,334.58<br>COMMENT:  X8581/SCH*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1009 |
| **NATIONSTAR MORTGAGE LLC****<br>C/O RUSHMORE SERVICING<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:11<br>CLAIM: 3,208.13<br>COMMENT:  CL11GOV*$/CL-PL*THRU 8/19*FR WF-DOC 120 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.: 8967 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:15 | CLAIM: 56,927.00<br>COMMENT: AMD*FR MT/PHEAA-DOC 33 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5808 |
| **GRB LAW****<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA  15219 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **WESTLAKE FINANCIAL SERVICES(*)**<br>4751 WILSHIRE BLVD STE 100<br>LOS ANGELES, CA  90010 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: PMT/PL*448.04X(50+2)=LMT*BGN 7/20*ND ACCT NO | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NISSAN~INFINITI/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **MARIO HANYON ESQ**<br>BROCK AND SCOTT PLLC<br>3825 FORRESTGATE DR<br>WINSTON SALEM, NC  27103 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: WELLS FARGO BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **INFINITI FINANCIAL SVCS**<br>POB 660366<br>DALLAS, TX  75266-0366 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:2-2 | CLAIM: 0.00<br>COMMENT: LEASE DFNCY BAL*AMD*W/4*AMD CL @ 6938.50 W/DRAWN-DOC 77 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1074 |
| **INFINITI FINANCIAL SVCS**<br>POB 660366<br>DALLAS, TX  75266-0366 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:2-3 | CLAIM: 6,938.50<br>COMMENT: LEASE DFNCY BAL*AMDS 2-1*W/4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1074 |
| **EMMANUEL J ARGENTIERI ESQ**<br>ROMANO GARUBO & AGRENTIERI<br>52 NEWTON AVE<br>PO BOX 456<br>WOODBURY, NJ  08096 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NATIONSTAR MORTGAGE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICAN HONDA FINANCE CORP***<br>NATIONAL BANKRUPTCY CENTER<br>POB 168088<br>IRVING, TX  75016-8088 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:3 | CLAIM: 0.00<br>COMMENT: CL BAL 13264.24 ~ NT 2B PD/PL*W/3 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1401 |