IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 19-23203-CMB |
| Craig B. Westrick ) | Chapter 13 |
| Sally A. Westrick ) | |
|     Debtor(s) ) | Doc #__124__ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
|     Movant(s) ) | |
|     vs. ) | |
| Craig B. Westrick ) | |
| Sally A. Westrick ) | |
|     Respondent(s) ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **September 10, 2024 at 1:30 p.m. before Judge Carlota Böhm** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328.

Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **August 26, 2024.**

| | |
|---|---|
| 8/9/24 <br> Date | /s/ Ronda J. Winnecour <br> Ronda J. Winnecour (PA I.D. #30399) <br> Attorney and Chapter 13 Trustee <br> U.S. Steel Tower – Suite 3250 <br> 600 Grant Street <br> Pittsburgh, PA  15219 <br> (412) 471-5566 <br> cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23203-CMB |
| Craig B Westrick | Chapter 13 |
| Sally A Westrick | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 16, 2024 | Form ID: pdf900 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Craig B Westrick, Sally A Westrick, 219 Pinnacle Court, Valencia, PA 16059-2235 |
| 15104807 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 15104804 | + | Aes / Keybank Na, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15104813 | | CornerStone Education Loan Services/Dept. of Ed., PO Box 145123, Salt Lake City, UT 84114-5123 |
| 15104816 | + | Glelsi / Key Education, 2401 International Lane, Madison, WI 53704-3121 |
| 15104819 | + | National Collegiate Trust, PO Box 7860, Madison, WI 53707-7860 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 16 2024 23:17:26 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/Text: bankruptcynotices@psecu.com | Aug 16 2024 23:12:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 16 2024 23:12:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15112822 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 16 2024 23:12:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 15104805 | + | Email/Text: bncnotifications@pheaa.org | Aug 16 2024 23:12:00 | Aes / Pheaa Frn, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15104806 | + | Email/Text: bncnotifications@pheaa.org | Aug 16 2024 23:12:00 | Aes / Pnc Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15104808 | + | Email/PDF: bncnotices@becket-lee.com | Aug 16 2024 23:18:56 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 15104809 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 16 2024 23:18:08 | Amex Dsnb, Po Box 8218, Mason, OH 45040-8218 |
| 15104810 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 16 2024 23:12:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15104811 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 16 2024 23:18:04 | Best Buy / Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15142774 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 16 2024 23:18:55 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 16, 2024 | Form ID: pdf900 | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 15104812 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 16 2024 23:17:28 | SD 57108-5027<br>Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15684071 | + | Email/Text: EBN@edfinancial.com | Aug 16 2024 23:12:00 | CornerStone Education Loan Services/Dept. of Ed., C/O Edfinancial on behalf of, US Dept of Education, 120 N Seven Oaks Drive, Knoxville TN 37922-2359 |
| 15198211 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 16 2024 23:12:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15104814 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Aug 16 2024 23:12:00 | Fm / Keybank, 121 South 13th Street, Lincoln, NE 68508 |
| 15104815 | + | Email/Text: EBNBKNOT@ford.com | Aug 16 2024 23:12:00 | Ford Motor Credit Company, Po Box 542000, Omaha, NE 68154-8000 |
| 15110200 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 16 2024 23:12:00 | Infiniti Financial Services, POB 660366, Dallas, TX 75266-0366 |
| 15143356 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 16 2024 23:12:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15104817 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 16 2024 23:18:05 | JPMorgan Chase Bank Card, Po Box 15298, Wilmington, DE 19850 |
| 15117086 | + | Email/Text: RASEBN@raslg.com | Aug 16 2024 23:12:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15816682 | + | Email/Text: RASEBN@raslg.com | Aug 16 2024 23:12:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15117275 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 16 2024 23:12:00 | KeyBank N.A., 4910 Tiedeman Rd, Brooklyn, Oh 44144-2338 |
| 15104818 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 16 2024 23:12:00 | Kohls / Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15137103 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 16 2024 23:18:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15812688 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 16 2024 23:12:00 | Nationstar Mortgage, LLC, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 15104820 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 16 2024 23:12:00 | Nissan-Infiniti Lt, 8900 Freeport Parkway, Irving, TX 75063 |
| 15130207 | + | Email/Text: bncnotifications@pheaa.org | Aug 16 2024 23:12:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15145142 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 16 2024 23:18:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15104821 | + | Email/Text: bankruptcynotices@psecu.com | Aug 16 2024 23:12:00 | PSECU, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 15104822 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 16 2024 23:18:04 | Syncb / Gap DC, Po Box 965005, Orlando, FL 32896-5005 |
| 15104823 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 16 2024 23:18:12 | Syncb / Levin, Po Box 965036, Orlando, FL 32896-5036 |
| 15104824 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 16 2024 23:17:30 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15105332 | ^ | MEBN | Aug 16 2024 23:07:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15104825 | + | Email/Text: bncmail@w-legal.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 16 2024 23:12:00 | Td Bank Usa / Target Credit, Po Box 673, Minneapolis, MN 55440-0673 |
| 15109300 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 16 2024 23:12:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 15616966 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 16 2024 23:12:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 15104826 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 16 2024 23:12:00 | Us Department Of Education / Glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 15120386 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 16 2024 23:18:55 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 15104827 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 16 2024 23:18:54 | Wells Fargo Financial Leasing, 800 Walnut Street, Des Moines, IA 50309-3891 |
| 15104828 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 16 2024 23:17:23 | Wells Fargo Home Mortgage, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage, LLC |
| cr | | Nissan Motor Acceptance Corporation |
| cr | | U.S. Bank Trust National Association, not in its i |
| cr | | Wells Fargo Bank, N.A. |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15123992 | ##+ | PNC Bank, N.A., Boston Portfolio Advisors as Authorized, Agent for PNC Bank, N.A., 600 Corporate Drive, Suite 502, Fort Lauderdale, FL 33334-3662 |

TOTAL: 4 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2024             Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Joint Debtor Sally A Westrick dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Craig B Westrick dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Aug 16, 2024 | Form ID: pdf900 | Total Noticed: 46 |

Denise Carlon
    on behalf of Creditor Nissan Motor Acceptance Corporation dcarlon@kmllawgroup.com

Emmanuel J. Argentieri
    on behalf of Creditor Nationstar Mortgage  LLC bk@rgalegal.com

Emmanuel J. Argentieri
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for RCAF Acquisition Trust bk@rgalegal.com

Mario J. Hanyon
    on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Wells Fargo Bank  N.A. pawb@fedphe.com


TOTAL: 10