# PROCEEDING MEMO

**Date: 09/10/2024 01:30 pm**

**In re:**  **Craig B Westrick**
**Sally A Westrick**

                                                      **Bankruptcy No. 19-23203-CMB**
                                                      **Chapter: 13**
                                                      **Doc. #124**

**Appearances: Ronda Winnecour, Daniel P. Foster**

**Nature of Proceeding: #124 Trustee's Motion to Dismiss**

**Additional Pleadings: #129 Response by Debtors**

**Outcome:**

(1:55 p.m.)

**Matter is withdrawn by Trustee.**

                                                      **Carlota Böhm**
                                                      **U.S. Bankruptcy Judge**

```
FILED
9/11/24 4:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA
```