# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Craig B Westrick and | : | Bankruptcy No: 19-23203-CMB |
| Sally A Westrick, | : | |
| *Debtors*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: 140 |
| | : | |
| Aes/Keybank NA, | : | |
| *Movant*, | : | |
| | : | |

## NOTICE OF
## CHANGE OF ADDRESS

**Creditor Name:** **Aes/Keybank NA**
**Incorrect Address:** **PO Box 61047 Harrisburg, PA 17106-1047**
**Correct Address:** **PO Box 65093 Baltimore, MD 21264-5093**

Respectfully Submitted,

Date: November 11, 2024

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors