Certificate Number: 03088-PAW-DE-039061067

Bankruptcy Case Number: 19-23203



03088-PAW-DE-039061067

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 12, 2024</u>, at <u>10:32</u> o'clock <u>PM CST</u>, <u>Sally Westrick</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>November 12, 2024</u>            By:   <u>/s/Doug Tonne</u>

Name:   <u>Doug Tonne</u>

Title:   <u>Counselor</u>