Fill in this information to identify the case.

| | |
|---|---|
| Debtor 1 | Craig B Westrick |
| Debtor 2 (Spouse, if filing) | Sally A Westrick |

United States Bankruptcy Court for the : WESTERN District of Pennsylvania
(State)

Case number 19-23203-CMB

# Form 4100R
# Response to Notice of Final Cure  10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

Name of creditor: U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST

Court claim no. (if known): 11-1

Last 4 digits of any number you use to identify the debtor's account: 6435

Property address:
219 PINNACLE CT ,
Number    Street

VALENCIA, PA 16059
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $_____

## Part 3: Postpetition Mortgage

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    10/1/2024
                                                                MM/DD/YYYY

*Secured Creditor agrees that the Trustee has disbursed through the plan payments. However, the debtor is currently due from 10/01/2024 to 11/01/2024 with the total delinquency amount $6,334.16.

[ ] Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $_____
b. Total fees, charges, expenses, escrow and costs outstanding:    + (b) $_____
c. Total. Add lines a and b.    (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:
       MM/ DD/ YYYY

| Form 4100R | Response to Notice of Final Cure Payment | page 1 |

| Debtor 1 | Craig B Westrick | | | Case number (if known) | 19-23203-CMB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]  all payments received;
[X]  all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]  all amounts the creditor contends remain unpaid

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Christopher Salamone                                    Date  11/22/2024
   Signature

Print   Christopher Salamone                                   Title  Authorized Agent
        First Name    Middle Name    Last Name

Company  Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address  13010 Morris Rd, Suite 450
         Number    Street

         Alpharetta, GA 30004
         City    State    ZIP Code

Contact  470-321-7112                                          Email  csalamone@raslg.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
DISTRICT OF PITTSBURGH

IN RE: Craig B Westrick and Sally A Westrick,

Debtors.

CASE NO.: 19-23203-CMB

Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___November 22, 2024___, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Craig B Westrick
219 Pinnacle Court
Valencia, PA 16059

Sally A Westrick
219 Pinnacle Court
Valencia, PA 16059

And via electronic mail to:

Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

By: /s/ Justine Bennett
Jusbennett@raslg.com