| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Craig B Westrick<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5808<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Sally A Westrick<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1009<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   19-23203-CMB | | |

# Order of Discharge                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Craig B Westrick                                                  Sally A Westrick

12/19/24                                                               **By the court:** Carlota M Bohm
                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Craig B Westrick  
Sally A Westrick  
    Debtors

Case No. 19-23203-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Dec 19, 2024      Form ID: 3180W      Total Noticed: 49

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Craig B Westrick, Sally A Westrick, 219 Pinnacle Court, Valencia, PA 16059-2235 |
| 15104804 | | Aes / Keybank Na, Po Box 65093, Baltimore, MD 21264-5093 |
| 15104813 | | CornerStone Education Loan Services/Dept. of Ed., PO Box 145123, Salt Lake City, UT 84114-5123 |
| 15104816 | + | Glelsi / Key Education, 2401 International Lane, Madison, WI 53704-3121 |
| 15104819 | + | National Collegiate Trust, PO Box 7860, Madison, WI 53707-7860 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 20 2024 04:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 20 2024 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 20 2024 04:47:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 20 2024 00:07:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Dec 20 2024 04:47:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | EDI: G2RSPSECU | Dec 20 2024 04:47:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| cr | | Email/Text: bankruptcynotices@psecu.com | Dec 20 2024 00:07:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 20 2024 00:06:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15104807 | | EDI: WFFC | Dec 20 2024 04:47:00 | American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 15112822 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 20 2024 00:07:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |

Case 19-23203-CMB    Doc 151    Filed 12/21/24    Entered 12/22/24 00:28:17    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 19, 2024 | Form ID: 3180W | Total Noticed: 49 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15104805 | + | Email/Text: bncnotifications@pheaa.org | Dec 20 2024 00:07:00 | Aes / Pheaa Frn, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15104806 | + | Email/Text: bncnotifications@pheaa.org | Dec 20 2024 00:07:00 | Aes / Pnc Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15104808 | + | Email/PDF: bncnotices@becket-lee.com | Dec 20 2024 01:03:06 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 15104809 | + | EDI: CITICORP | Dec 20 2024 04:47:00 | Amex Dsnb, Po Box 8218, Mason, OH 45040-8218 |
| 15104810 | + | EDI: BANKAMER | Dec 20 2024 04:47:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15104811 | + | EDI: CITICORP | Dec 20 2024 04:47:00 | Best Buy / Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15142774 | | EDI: CITICORP | Dec 20 2024 04:47:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15104812 | + | EDI: CITICORP | Dec 20 2024 04:47:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15684071 | + | Email/Text: EBN@edfinancial.com | Dec 20 2024 00:06:00 | CornerStone Education Loan Services/Dept. of Ed., C/O Edfinancial on behalf of, US Dept of Education, 120 N Seven Oaks Drive, Knoxville TN 37922-2359 |
| 15198211 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 20 2024 00:07:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15104814 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Dec 20 2024 00:06:00 | Fm / Keybank, 121 South 13th Street, Lincoln, NE 68508 |
| 15104815 | + | Email/Text: EBNBKNOT@ford.com | Dec 20 2024 00:07:00 | Ford Motor Credit Company, Po Box 542000, Omaha, NE 68154-8000 |
| 15110200 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 20 2024 00:06:00 | Infiniti Financial Services, POB 660366, Dallas, TX 75266-0366 |
| 15143356 | | EDI: JEFFERSONCAP.COM | Dec 20 2024 04:47:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15104817 | | EDI: JPMORGANCHASE | Dec 20 2024 04:47:00 | JPMorgan Chase Bank Card, Po Box 15298, Wilmington, DE 19850 |
| 15117086 | + | Email/Text: RASEBN@raslg.com | Dec 20 2024 00:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15816682 | + | Email/Text: RASEBN@raslg.com | Dec 20 2024 00:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15117275 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Dec 20 2024 00:07:00 | KeyBank N.A., 4910 Tiedeman Rd, Brooklyn, Oh 44144-2338 |
| 15104818 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 20 2024 00:06:00 | Kohls / Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15137103 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2024 00:22:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15812688 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 20 2024 00:07:00 | Nationstar Mortgage, LLC, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 15104820 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 20 2024 00:06:00 | Nissan-Infiniti Lt, 8900 Freeport Parkway, Irving, TX 75063 |
| 15130207 | + | Email/Text: bncnotifications@pheaa.org | Dec 20 2024 00:07:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15145142 | | EDI: PRA.COM | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 19, 2024 | Form ID: 3180W | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 20 2024 04:47:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15104821 | + | EDI: G2RSPSECU | Dec 20 2024 04:47:00 | PSECU, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 15104821 | + | Email/Text: bankruptcynotices@psecu.com | Dec 20 2024 00:07:00 | PSECU, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 15104822 | + | EDI: SYNC | Dec 20 2024 04:47:00 | Syncb / Gap DC, Po Box 965005, Orlando, FL 32896-5005 |
| 15104823 | + | EDI: SYNC | Dec 20 2024 04:47:00 | Syncb / Levin, Po Box 965036, Orlando, FL 32896-5036 |
| 15104824 | + | EDI: SYNC | Dec 20 2024 04:47:00 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15105332 | ^ | MEBN | Dec 19 2024 23:45:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15104825 | + | EDI: WTRRNBANK.COM | Dec 20 2024 04:47:00 | Td Bank Usa / Target Credit, Po Box 673, Minneapolis, MN 55440-0673 |
| 16430444 | + | Email/Text: bkteam@selenefinance.com | Dec 20 2024 00:07:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 15109300 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 20 2024 00:07:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 15616966 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 20 2024 00:07:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 15104826 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 20 2024 00:07:00 | Us Department Of Education / Glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 15120386 | + | EDI: WFFC2 | Dec 20 2024 04:47:00 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 15104827 | + | EDI: WFFC2 | Dec 20 2024 04:47:00 | Wells Fargo Financial Leasing, 800 Walnut Street, Des Moines, IA 50309-3891 |
| 15104828 | + | EDI: WFFC2 | Dec 20 2024 04:47:00 | Wells Fargo Home Mortgage, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage, LLC |
| cr | | Nissan Motor Acceptance Corporation |
| cr | | U.S. Bank Trust National Association, not in its i |
| cr | | Wells Fargo Bank, N.A. |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15123992 | ##+ | PNC Bank, N.A., Boston Portfolio Advisors as Authorized, Agent for PNC Bank, N.A., 600 Corporate Drive, Suite 502, Fort Lauderdale, FL 33334-3662 |

TOTAL: 4 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 19, 2024 | Form ID: 3180W | Total Noticed: 49 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2024                                Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2024 at the address(es) listed below:

**Name**     **Email Address**

Daniel P. Foster
  on behalf of Joint Debtor Sally A Westrick dan@mrdebtbuster.com
  katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
  on behalf of Debtor Craig B Westrick dan@mrdebtbuster.com
  katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
  on behalf of Creditor Nissan Motor Acceptance Corporation dcarlon@kmllawgroup.com

Emmanuel J. Argentieri
  on behalf of Creditor Nationstar Mortgage  LLC bk@rgalegal.com

Emmanuel J. Argentieri
  on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for RCAF Acquisition Trust bk@rgalegal.com

Mario J. Hanyon
  on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Michelle L. McGowan
  on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for RCAF Acquisition Trust mimcgowan@raslg.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

S. James Wallace
  on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Thomas Song
  on behalf of Creditor Wells Fargo Bank  N.A. pawb@fedphe.com

TOTAL: 11