IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
CRAIG B WESTRICK
SALLY A WESTRICK
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-23203

Chapter 13

Document No.: 135

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __19th__ day of __December__, 20__24__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
12/19/24 10:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE   dmr

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Craig B Westrick  
Sally A Westrick  
    Debtors

Case No. 19-23203-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Dec 19, 2024      Form ID: pdf900      Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Craig B Westrick, Sally A Westrick, 219 Pinnacle Court, Valencia, PA 16059-2235 |
| 15104807 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 15104804 | | Aes / Keybank Na, Po Box 65093, Baltimore, MD 21264-5093 |
| 15104813 | | CornerStone Education Loan Services/Dept. of Ed., PO Box 145123, Salt Lake City, UT 84114-5123 |
| 15104816 | + | Glelsi / Key Education, 2401 International Lane, Madison, WI 53704-3121 |
| 15104819 | + | National Collegiate Trust, PO Box 7860, Madison, WI 53707-7860 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 20 2024 00:22:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/Text: bankruptcynotices@psecu.com | Dec 20 2024 00:07:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 20 2024 00:06:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15112822 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 20 2024 00:07:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 15104805 | + | Email/Text: bncnotifications@pheaa.org | Dec 20 2024 00:07:00 | Aes / Pheaa Frn, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15104806 | + | Email/Text: bncnotifications@pheaa.org | Dec 20 2024 00:07:00 | Aes / Pnc Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 15104808 | + | Email/PDF: bncnotices@becket-lee.com | Dec 20 2024 00:22:37 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 15104809 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2024 00:48:30 | Amex Dsnb, Po Box 8218, Mason, OH 45040-8218 |
| 15104810 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 20 2024 00:06:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15104811 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2024 00:22:15 | Best Buy / Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15142774 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2024 00:51:43 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, |

Case 19-23203-CMB   Doc 152   Filed 12/21/24   Entered 12/22/24 00:28:17   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 19, 2024 | Form ID: pdf900 | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| | | | | SD 57108-5027 |
| 15104812 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Dec 20 2024 01:13:48 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15684071 | + | Email/Text: EBN@edfinancial.com | | |
| | | | Dec 20 2024 00:06:00 | CornerStone Education Loan Services/Dept. of Ed., C/O Edfinancial on behalf of, US Dept of Education, 120 N Seven Oaks Drive, Knoxville TN 37922-2359 |
| 15198211 | | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | | Dec 20 2024 00:07:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15104814 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | | |
| | | | Dec 20 2024 00:06:00 | Fm / Keybank, 121 South 13th Street, Lincoln, NE 68508 |
| 15104815 | + | Email/Text: EBNBKNOT@ford.com | | |
| | | | Dec 20 2024 00:07:00 | Ford Motor Credit Company, Po Box 542000, Omaha, NE 68154-8000 |
| 15110200 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | | Dec 20 2024 00:06:00 | Infiniti Financial Services, POB 660366, Dallas, TX 75266-0366 |
| 15143356 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Dec 20 2024 00:07:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15104817 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Dec 20 2024 00:21:58 | JPMorgan Chase Bank Card, Po Box 15298, Wilmington, DE 19850 |
| 15117086 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Dec 20 2024 00:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15816682 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Dec 20 2024 00:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15117275 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | | |
| | | | Dec 20 2024 00:07:00 | KeyBank N.A., 4910 Tiedeman Rd, Brooklyn, Oh 44144-2338 |
| 15104818 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Dec 20 2024 00:06:00 | Kohls / Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15137103 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Dec 20 2024 00:49:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15812688 | | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Dec 20 2024 00:07:00 | Nationstar Mortgage, LLC, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 15104820 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | | Dec 20 2024 00:06:00 | Nissan-Infiniti Lt, 8900 Freeport Parkway, Irving, TX 75063 |
| 15130207 | + | Email/Text: bncnotifications@pheaa.org | | |
| | | | Dec 20 2024 00:07:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15145142 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Dec 20 2024 00:22:43 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15104821 | + | Email/Text: bankruptcynotices@psecu.com | | |
| | | | Dec 20 2024 00:07:00 | PSECU, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 15104822 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Dec 20 2024 00:22:34 | Syncb / Gap DC, Po Box 965005, Orlando, FL 32896-5005 |
| 15104823 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Dec 20 2024 00:21:54 | Syncb / Levin, Po Box 965036, Orlando, FL 32896-5036 |
| 15104824 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Dec 20 2024 00:22:32 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15105332 | ^ | MEBN | | |
| | | | Dec 19 2024 23:45:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15104825 | + | Email/Text: bncmail@w-legal.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 19, 2024 | Form ID: pdf900 | Total Noticed: 47 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 20 2024 00:07:00 | Td Bank Usa / Target Credit, Po Box 673, Minneapolis, MN 55440-0673 |
| 16430444 | + | Email/Text: bkteam@selenefinance.com | Dec 20 2024 00:07:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 15109300 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 20 2024 00:07:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 15616966 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 20 2024 00:07:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 15104826 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 20 2024 00:07:00 | Us Department Of Education / Glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 15120386 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 20 2024 00:51:36 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 15104827 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 20 2024 00:22:24 | Wells Fargo Financial Leasing, 800 Walnut Street, Des Moines, IA 50309-3891 |
| 15104828 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 20 2024 00:22:08 | Wells Fargo Home Mortgage, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage, LLC |
| cr | | Nissan Motor Acceptance Corporation |
| cr | | U.S. Bank Trust National Association, not in its i |
| cr | | Wells Fargo Bank, N.A. |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15123992 | ##+ | PNC Bank, N.A., Boston Portfolio Advisors as Authorized, Agent for PNC Bank, N.A., 600 Corporate Drive, Suite 502, Fort Lauderdale, FL 33334-3662 |

TOTAL: 4 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 21, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Joint Debtor Sally A Westrick dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |

| | |
|---|---|
| Daniel P. Foster | on behalf of Debtor Craig B Westrick dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor Nissan Motor Acceptance Corporation dcarlon@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor Nationstar Mortgage LLC bk@rgalegal.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as Owner Trustee for RCAF Acquisition Trust bk@rgalegal.com |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michelle L. McGowan | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as Owner Trustee for RCAF Acquisition Trust mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Wells Fargo Bank N.A. pawb@fedphe.com |

TOTAL: 11